KTF:BGD
F. #2026R00144

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - against -

BRITTANY CONSIGLIO,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

(18 U.S.C. § 2252(a)(2))

26 MJ 49

EASTERN DISTRICT OF NEW YORK, SS:

     NINA SCARAMELLA, being duly sworn, deposes and states that she is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

     In or about or between September 2025 and October 2025, within the Eastern District of New York and elsewhere, the defendant BRITTANY CONSIGLIO did knowingly and intentionally distribute one or more visual depictions using a means and facility of interstate and foreign commerce, which visual depictions had been mailed, and had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been mailed and so shipped and transported, by any means including by computer, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct, and such visual depictions were of such conduct.

     (Title 18, United States Code, Section 2252(a)(2))

2

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since March 2024, and I am currently assigned to the FBI New York Field Office. I am currently assigned to the FBI Child Exploitation and Human Trafficking Task Force, which is made up of members of both the FBI and the New York City Police Department. As a Special Agent, I investigate violations of criminal law relating to the sexual exploitation of children. I have participated in multiple federal criminal investigations into the sexual exploitation of children, as well as the production, receipt, distribution, and possession of child pornography. I have received formal and on the job training on investigative techniques and methods of operation in the areas of child exploitation and child pornography.

2. I am familiar with the facts and circumstances set forth below from my personal participation in the investigation, my review of the investigative file, and from reports of other law enforcement officers involved in the investigation.

3. As described below, there is probable cause to believe that the defendant BRITTANY CONSIGLIO has engaged in the production, distribution, and possession of child sexual abuse material ("CSAM") involving a minor victim in Staten Island, New York.

4. On or about January 28, 2026, law enforcement arrested Jon Consiglio, the husband of the defendant BRITTANY CONSIGLIO, on a criminal complaint charging him with sexual exploitation of a child, in violation of 18 U.S.C. § 2251(a). *See* ECF No. 1, *United States v. Consiglio*, 26-CR-28 (DG). As alleged in the complaint against Jon Consiglio, Jon Consiglio

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

sexually abused a minor victim ("Child Victim 1") and filmed the sexual assault. Child Victim 1 was approximately two years old at the time of the assault. A grand jury has since returned an indictment charging Jon Consiglio with sexual exploitation of a child in violation of 18 U.S.C. §§ 2251(a), 2251(e) and 3551 et seq and possession of child pornography in violation of 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2) and 3551 et seq.

     5. At the time of the arrest of Jon Consiglio at his home in Staten Island, New York, law enforcement interviewed the defendant BRITTANY CONSIGLIO, and she provided her current phone number as a certain telephone number ending in -2767 (the "2767 Number").

     6. Also at the time of Jon Consiglio's arrest, law enforcement agents seized a certain cellphone from Jon Consiglio. Shortly thereafter it was searched pursuant to a search warrant signed by the Honorable Marcia M. Henry, United States Magistrate Judge on February 3, 2026. *See* 26-MC-410.

     7. Pursuant to the above-described search warrant, law enforcement agents including myself have begun to search Jon Consiglio's cellphone. In relevant part, law enforcement agents have identified a text message thread between Jon Consiglio and a contact listed as "Babygirl" with a number matching the defendant BRITTANY CONSIGLIO'S phone number: the 2767 Number. In text the message thread, BRITTANY CONSIGLIO sent Jon Consiglio two CSAM photographs and discussed her desire to see additional CSAM. Specifically:

     a. On or about September 27, 2025, Jon Consiglio sent a text message to the defendant BRITTANY CONSIGLIO instructing her to "Take a picture and prove you are committed." BRITTANY CONSIGLIO then sent Jon Consiglio a picture of a

prepubescent child's vagina.[2] Based on my knowledge of the investigation and the context provided by other contemporaneous text messages, I believe it to be a photograph of Child Victim 1's vagina. Child Victim 1 was approximately three years old at the time.

      b.    Jon Consiglio responded, asking the defendant BRITTANY CONSIGLIO to "do it again clearer," and admonished her for taking "quick baths for no reason," but added that his "dick got mad hard" and was "getting harder n harder looking at it and thinking of it." BRITTANY CONSIGLIO then responded with a second photograph of what I believe to be Child Victim 1's vagina in a bathtub. Jon Consiglio responded, "Holy fuck good job."

      c.    On or about October 25, 2025, the defendant BRITTANY CONSIGLIO and Jon Consiglio engaged in another series of messages referencing CSAM. After discussing waking Child Victim 1 from a nap, BRITTANY CONSIGLIO sent a text message to Jon Consiglio to "Send me a pic." Jon Consiglio responded, "She's sleeping you take a pic lmao," to which BRITTANY CONSIGLIO wrote, "I will she's up I'll undress her lol." A short time later, Jon Consiglio sent a text message to BRITTANY CONSIGLIO asking, "what pic did you say send you," to which BRITTANY CONSIGLIO responded, "Oh I wanted anything u were in the bathroom with naked kids lol." Jon then instructed BRITTANY CONSIGLIO, via text message to "be more [] descriptive" and BRITTANY CONSIGLIO responded, "I wanted to see plump pussy."

---

    [2] "Sexually explicit conduct" includes "lascivious exhibition of the anus, genitals, or pubic area of any person." 18 U.S.C. § 2256(2)(A)(5).

WHEREFORE, your deponent respectfully requests that the defendant BRITTANY CONSIGLIO, be dealt with according to law.

*Nina Scaramella*
NINA SCARAMELLA
Special Agent, Federal Bureau of Investigation

Sworn to before me this
7 day of March, 2026

_____
THE HONORABLE SETH D. EICHENHOLTZ
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK